U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
**FILED**
DEC 13 2012
JAMES W. McCORMACK, CLERK
BY: _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 4:12CR 334-BD |
| vs. | ) | |
| | ) | |
| BRYAN K. LOWRY | ) | Title 18, U.S.C. § 1018 |
| | ) | Title 18, U.S.C. § 3013 |
| | ) | Title 18, U.S.C. § 3571 |
| | ) | Title 18, U.S.C. § 3583 |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1

On or about July 30, 2010, in the Eastern District of Arkansas, the defendant

BRYAN K. LOWRY,

being a public officer or other person authorized by any law of the United States to make or give a certificate or other writing, namely: President of the American Federation of Government Employees, Federal Bureau of Prisons, Council 33, did knowingly make and deliver as true a certificate or writing, namely: a Form LM-2 (Labor Organization Annual Report), containing a statement he knew to be false, in that the form did not report disbursements that the defendant had received as reimbursement from the Federal Bureau of Prisons for travel expenses that had been paid by Council 33, in violation of Title 18, U.S.C. § 1018.

CHRISTOPHER R. THYER
UNITED STATES ATTORNEY

/s/ Michael Gordon
_____
MICHAEL GORDON
Bar Number 00795383
Assistant U. S. Attorney
P.O. Box 1229
Little Rock, AR 72203
Telephone: (501) 340-2600
E-mail: michael.gordon@usdoj.gov